IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MARYLAND GENERAL HOSPITAL, INC., d/b/a TRANSITIONAL CARE CENTER, ) ) ) ) Plaintiff, ) ) v. ) ) DONNA E. SHALALA, Secretary ) of the United States ) Department of Health and ) Human Services, ) ) Defendant. ) | CIVIL ACTION NO. WMN-00-0021 |

ORDER

Having considered Defendant's Unopposed Motion for Enlargement of Time Within Which to Answer or Otherwise Respond to the Complaint, and the entire record herein, it is by the Court this 25th day of _____, 2000,

ORDERED that Defendant's Unopposed Motion for Enlargement of Time Within Which to Answer or Otherwise Respond to the Complaint be, and it hereby is, GRANTED; and it is

FURTHER ORDERED that Defendant shall answer or otherwise respond to Plaintiff's Complaint on or before June 5, 2000.

WILLIAM M. NICKERSON
UNITED STATES DISTRICT JUDGE

