

**OBER | KALER**
A Professional Corporation

Ober, Kaler, Grimes & Shriver
Attorneys at Law

120 East Baltimore Street
Baltimore, MD 21202-1643
410-685-1120 / Fax 410-547-0699
www.ober.com

**RECEIVED**
JUN 21 2000
JUDGE WILLIAM M. NICKERSON

James E. Edwards, Jr.
jeedward@ober.com
410-347-7330

**Offices In**
Maryland
Washington, D.C.
Virginia

June 20, 2000

VIA HAND DELIVERY



The Honorable William M. Nickerson
U.S. District Judge
United States District Court
Garmantz Federal Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

      Re:    Maryland General Hospital, Inc. v. Donna E. Shalala
              Civil No. WMN-00-221

Dear Judge Nickerson:

    We represent Maryland General Hospital, Inc., the plaintiff in this action. Based on discussions with opposing counsel, we are writing to the Court on behalf of both parties in the case.

    The parties have received the Scheduling Order dated June 8, 2000 in the above case. This case involves a review of the final decision of the Secretary of Health and Human Services under the Administrative Procedure Act, 5 U.S.C. § 706, and therefore judicial review will be based on the Administrative Record of the proceedings below. The parties agree that discovery will not be required in this case, and that this action can be disposed of on cross-motions for summary judgment.

    Plaintiff's counsel Carel T. Hedlund consulted with defendant's counsel Erinn Weeks, and the parties propose the following agreed schedule for the filing of cross-motions for summary judgment:

| | |
|---|---|
| Plaintiff's Motion for Summary Judgment | September 1, 2000 |
| Defendant's Opposition to Plaintiff's Motion And Defendant's Cross Motion for Summary Judgment | October 16, 2000 |

"APPROVED" THIS 21ST DAY OF June, 2000

_____
UNITED STATES DISTRICT JUDGE



The Honorable William M. Nickerson
June 20, 2000
Page 2

      Plaintiff's Opposition to Defendant's Cross-
      Motion For Summary Judgment and
      Reply Brief                               November 6, 2000

      Defendant's Reply Brief                 December 1, 2000

     We ask that the Court approve the schedule outlined above. If you have any questions, please contact me.

     Thank you for your consideration of this matter.

                                    Respectfully yours,

                                    James E. Edwards, Jr.

JEEJr/bak

cc:    Roann Nichols, Assistant U.S. Attorney
      Erinn M. Weeks, Esquire
      Carel T. Hedlund, Esquire
      John J. Eller, Esquire