IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MARYLAND GENERAL HOSPITAL, INC., ) d/b/a TRANSITIONAL CARE CENTER, ) ) Plaintiff, ) ) v. ) ) DONNA E. SHALALA, Secretary of ) the United States Department ) of Health and Human Services, ) ) Defendant. ) ) | Civil Action No. WMN-00-0221 |

ORDER

Upon consideration of Defendant's Unopposed Motion for Extension of Time Within Which to File Her Opposition and Cross Motion for Summary Judgment, and the entire record herein, it is this 11th day of October, 2000,

ORDERED, that Defendant's Motion is GRANTED; and it is further,

ORDERED, that Defendant's Opposition to Plaintiff's Motion for Summary Judgment and Cross Motion for Summary Judgment be filed with the Court by November 6, 2000; and it is further,

ORDERED, that the briefing schedule is further modified so that Plaintiff's Opposition to Defendant's Cross Motion for Summary Judgment and Reply Brief is due December 1, 2000, and Defendant's Reply Brief is due December 22, 2000.

WILLIAM M. NICKERSON
UNITED STATES DISTRICT JUDGE