## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

MARYLAND GENERAL HOSPITAL, INC)
  d/b/a/ TRANSITIONAL CARE CENTER,)
                            )
      Plaintiff              )
                            )
v.                          )
                            )   Civil Action No. WMN-00-0221
DONNA E. SHALALA, Secretary of the )
United States Department of Health and )
Services,                  )
                            )
      Defendant.          )
                            )

### ORDER

Upon consideration of Plaintiff's Unopposed Motion for Enlargement of Time Within Which to File Its Opposition to Defendant's Motion for Summary Judgment, and the entire record herein, it is this _22nd_ day of _November_ , 2000,

ORDERED, that Plaintiff's Motion is GRANTED; and it is further,

ORDERED, that Plaintiff's Opposition to Defendant's Motion for Summary Judgment be filed with the Court by December 15, 2000; and it is further,

ORDERED, that the briefing schedule is further modified so that Defendant's Reply Brief is due January 26, 2001.

_____
WILLIAM M. NICKERSON
UNITED STATES DISTRICT JUDGE