UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
WILLIAM M. NICKERSON
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-9810
FACSIMILE (410) 962-2577

March 1, 2001

James E. Edwards, Jr., Esq.
John J. Eller, Esq.
Ober, Kaler, Grimes & Shriver
120 E. Baltimore St., 8th Floor
Baltimore, MD 21202-1643

Paul Edwin Soeffing, Esq.
U.S. Dept. of Health & Human Services
7500 Security Blvd.
Room C2-05-23
Baltimore, MD 21244-1850

Roann Nichols, Esq.
Asst. U. S. Attorney
6625 U. S. Courthouse
Baltimore, MD 21201

Re: Maryland General Hospital v.
Donna E. Shalala, Secretary of Health & Human Services
Civil Action No. WMN-00-221

Dear Counsel:

I have scheduled a hearing on the pending motions for summary judgment for Friday, March 23, 2001 at 9:30 a.m. Since all briefing has been completed, I have set aside 1 hour for the hearing.

Very truly yours,

William M. Nickerson
United States District Judge

WMN:ce

cc: Court File