IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARYLAND GENERAL HOSPITAL, INC. :
 d/b/a TRANSITIONAL CARE CENTER
                                :
v.                                              Civil Action WMN-00-221
                                :
TOMMY G. THOMPSON, SECRETARY OF
 THE UNITED STATES DEPT. OF     :
 HEALTH AND HUMAN SERVICES

## ORDER

In accordance with the foregoing Memorandum and for the reasons stated therein, IT IS this 27th day of June, 2001, by the United States District Court for the District of Maryland, ORDERED:

1. That Plaintiff's Motion for Summary Judgment, Paper No. 14, is DENIED;

2. That Defendant's Motion for Summary Judgment, Paper No. 19, is GRANTED;

3. That judgment is entered in favor of Defendant and against Plaintiff;

4. That any and all prior rulings made by this Court disposing of any claims against any parties are incorporated by reference herein and this order shall be deemed to be a final judgment within the meaning of Fed. R. Civ. P. 58;

5. That this action is hereby CLOSED; and

6. That the Clerk of the Court shall mail copies of the foregoing Memorandum and this Order to all counsel of record.

```
_____
William M. Nickerson
United States District Judge
```